ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
NOEL E. EIDSMORE
Nevada Bar No. 7688
Noel.Eidsmore@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendants
*Sheriff Lombardo, Corrections
Officer Randall Brown, Bonnie Polley,
Corrections Officer Robert Garvey*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ABDUL HOWARD,<br><br>             Plaintiff,<br><br>vs.<br><br>JOHN DOE, Badge #5577; PEGGY MARTINEZ, Kitchen Officer, BONNIE POLLEY; MUJAHID RAMADAN; LAS VEGAS METROPOLTIAN POLICE DEPERTMENT DETENTION SERVICES DIVISION; OFFICER GARVEY, Badge # 9250; SHERIFF LOMBARDO; KITCHEN MANAGER JOHN DOE; THE STATE OF NEVADA ex rel, all.<br><br>             Defendants. | CASE NO. 2:16-cv-1553-MMD-PAL<br><br>**DEFENDANTS' MOTION FOR LEAVE TO TAKE THE DEPOSITION OF ABDUL HOWARD, AN INCARCERATED PERSON** |

Defendants Sheriff Joseph Lombardo, Officer Randall Brown, Bonnie Polley, and Corrections Officer Robert Garvey, by and through their attorneys of record, ROBERT W. FREEMAN, ESQ., and NOEL E. EIDSMORE, ESQ., of the law firm LEWIS, BRISBOIS, BISGARRD & SMITH, hereby move this honorable Court, pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), for leave to take the deposition of Plaintiff Abdul Howard, currently incarcerated.

This motion is made based upon the pleadings and papers on file herein, the attached Points and Authorities, in conjunction with other such evidence and further authorities as this

4818-7386-5291.1

Court may require if a hearing is schedule for this matter.

## POINTS AND AUTHORITIES

I. **The deposition of Plaintiff Abdul Howard, who is currently incarcerated at Clark County Detention Center in Las Vegas, Nevada, is necessary to the preparation of the defense in this matter.**

Plaintiff has filed a Civil Rights Complaint against Defendants Sheriff Joseph Lombardo, Officer Randall Brown, Bonnie Polley, and Corrections Officer Robert Garvey, alleging that while he was an inmate at the Clark County Detention Center he was denied access to religious services.

Abdul Howard is currently incarcerated at Clark County Detention Center located in Las Vegas, Nevada. Federal Rule of Civil Procedure 30(a)(2)(B) provides that the deposition of a person confined in prison may only be taken by leave of court. Defendants submit that the testimony of Abdul Howard is necessary to the preparation of the defense in this matter and the only way his testimony can be preserved for trial is by taking his deposition.

II. **Conclusion**

Due to the vital nature of Abdul Howard's testimony in this matter, and pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), Defendants respectfully request that this Court issue an Order permitting Plaintiff Abdul Howard's deposition to go forward at the place of his incarceration.

DATED this 18th day of July, 2017.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Noel E. Eidsmore
Robert W. Freeman, Esq.
Nevada Bar No. 3062
Noel E. Eidsmore, Esq.
Nevada Bar No. 7688
6385 S. Rainbow Blvd, Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendants

**IT IS SO ORDERED** this 24th day of July, 2017.

Peggy A. Leen
United States Magistrate Judge

4818-7386-5291.1

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of July, 2017, I electronically filed the **DEFENDANTS' MOTION FOR LEAVE TO TAKE THE DEPOSITION OF ABDUL HOWARD, AN INCARCERATED PERSON** with the Clerk of the Court through Case Management/Electronic Filing System.

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on the 18th day of July, 2017, I served a true and correct copy of the foregoing **DEFENDANTS' MOTION FOR LEAVE TO TAKE THE DEPOSITION OF ABDUL HOWARD, AN INCARCERATED PERSON** by depositing a copy of same in the United States Mail at Las Vegas, Nevada postage fully prepaid, addressed to:

Abdul Howard
# 1896061
Clark County Detention Center
330 South Casino Center
Las Vegas, Nevada 89101
*Plaintiff in Proper Person*
*Attorney for Plaintiff*

/s/ Gabriela Mercado
Employee of LEWIS BRISBOIS
BISGAARD & SMITH LLP

4818-7386-5291.1

3