UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

| | |
|---|---|
| ABDUL HOWARD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN DOE, Badge #5577; PEGGY MARTINEZ, Kitchen Officer, BONNIE POLLEY; MUJAHID RAMADAN; LAS VEGAS METROPOLTIAN POLICE DEPERTMENT DETENTION SERVICES DIVISION; OFFICER GARVEY, Badge # 9250; SHERIFF LOMBARDO; KITCHEN MANAGER JOHN DOE; THE STATE OF NEVADA ex rel, all.,<br><br>　　　　Defendants. | Case No. 2:16-cv-01553-MMD-PAL<br><br>ORDER OF APPOINTMENT OF COUNSEL |

This case is referred to the Pilot *Pro Bono* Program ("Program") adopted in General Order 2016-02 for appointment of *pro bono* counsel. The Court has been informed that *pro bono* counsel has been identified. Akke Levin, Esq., is hereby appointed as counsel for Plaintiff Abdul Howard. The scope of the appointment is for all purposes through the conclusion of the case, but does not extend to the appeal, if any, of a final decision.

Accordingly, it is hereby ordered that Akke Levin, Esq. is hereby appointed as *pro bono* counsel for Plaintiff Abdul Howard pursuant to the United States District Court for the District of Nevada's *Pro Bono* Program.

it is further ordered that Akke Levin, Esq., as appointed counsel, may seek reimbursement of reasonable expenses or compensation for services in any manner authorized under the Program.

It is further ordered that the Clerk of Court assign a PROBONO case flag and add Akke Levin, Esq. to the docket as counsel of record for Plaintiff.

It is further ordered that Akke Levin, Esq. will not be charged fees for use of the Court's filing system in this matter for the duration of the appointment.

It is further ordered that within fourteen (14) days after completion of legal services, Akke Levin, Esq. must submit a Notice of Completion Form to the *Pro Bono* Liaison.

DATED THIS 18th day of August 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE