UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ABDUL HOWARD, | Case No. 2:16-cv-01553-MMD-PAL |
| --- | --- |
| Plaintiff, | **ORDER** |
| v. | |
| PEGGY MARTINEZ, et al., | (Mots. – ECF Nos. 11, 17) |
| Defendants. | |

This matter is before the court on Plaintiff Abdul Howard's Motion to Order Marshal to Obtain Information to Serve Last Defendant (ECF No. 11) and Motion to Order Defendant to be Served by U.S. Marshal (ECF No. 17). These Motions are referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 of the Local Rules of Practice.

On September 1, 2017, the court held a hearing on Mr. Howard's Motions. Present was Akke Levin on behalf of Plaintiff and Noel Eidsmore on behalf of Defendants Officer Brown, Officer Garvey, Sheriff Lombardo, and Bonnie Polley. Having reviewed and considered the matter, and for good cause appearing,

**IT IS ORDERED:**

1. Plaintiff Abdul Howard's Motion to Order Marshal to Obtain Information to Serve Last Defendant (ECF No. 11) and Motion to Order Defendant to be Served by U.S. Marshal (ECF No. 17) are **GRANTED**.
2. Defense counsel shall disclose the last known address of Defendant Mujahid Ramadan to Plaintiff's counsel by **October 31, 2017**, which Plaintiff's counsel shall keep confidential and shall only disclose to the United States Marshal ("USM") for the purpose of accomplishing service.

/ / /

1

3. Plaintiff's counsel shall complete a USM-285 form to attempt service on Defendant Mujahid Ramadan and deliver the same to the USM by **November 3, 2017**, along with a copy of the Complaint (ECF No. 5) and this Order.

4. Defense counsel shall also file the last known address of Defendant Mujahid Ramadan *under seal* by **October 31, 2017**.

5. Once the address is submitted, the Clerk of the Court shall **REISSUE SUMMONS *UNDER SEAL*** for Defendant Mujahid Ramadan and deliver the same to the USM to attempt service.

6. After attempting service, the USM shall redact the return of service form so that Defendant Mujahid Ramadan's last known address is not made publically available and file a notice with the court indicating whether service was accomplished.

7. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the deadline to accomplish service on Defendant Mujahid Ramadan is extended until **November 24, 2017**.

8. Plaintiff must comply with this Order by accomplishing service by **November 24, 2017**, and his failure to complete service by that deadline may result in a recommendation to the district judge that Defendant Mujahid Ramadan be dismissed without prejudice.

Dated this 25th day of October, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE