ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendants
*Sheriff Lombardo, Corrections Officer Randall Brown, Bonnie Polley, Corrections Officer Robert Garvey, and Mujahid Ramadan*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ABDUL HOWARD,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOHN DOE, Badge #5577; PEGGY MARTINEZ, Kitchen Officer, BONNIE POLLEY; MUJAHID RAMADAN; LAS VEGAS METROPOLTIAN POLICE DEPERTMENT DETENTION SERVICES DIVISION; OFFICER GARVEY, Badge # 9250; SHERIFF LOMBARDO; KITCHEN MANAGER JOHN DOE; THE STATE OF NEVADA ex rel, all.<br><br>　　　　Defendants. | CASE NO. 2:16-cv-1553-MMD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DISPOSITIVE MOTIONS**<br><br>**FIRST REQUEST** |

Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline to file dispositive motions in the above-captioned case fourteen (14) days, up to and including October 19, 2018.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

Counsel for Defendants has been occupied in preparing for and attending multiple depositions in *Bynum v. City of North Las Vegas*, et al, 2:17-cv-2102-APB-VCF. In addition, Counsel for Defendant has been occupied preparing for oral argument in the Ninth circuit Court of Appeals in *North Las Vegas v. Mitchell*, Docket No. 17-16552. Further, Counsel for Defendant is

4829-7846-5140.1

scheduled to be out of the State September 27, 2018 through October 5, 2018 and October 16 through October 19, 2018.

WHEREFORE, the parties respectfully request that this Court extend the time for the parties to file their dispositive motions by fourteen (14) days from the current deadline of October 5, 2018 up to and including October 19, 2018.

DATED this 26th day of September 2018.

LEWIS BRISBOIS BISGAARD & SMITH

*/s/ Robert W. Freeman*
Robert W. Freeman, Jr., Esq.
Nevada Bar No. 3062
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendants*

DATED this 26th day of September, 2018.

MORRIS LAW GROUP

*/s/ Akke Levin*
Akke Levin, Esq.
Nevada Bar No. 9102
Ryan M. Lower, Esq.
Nevada Bar No. 9108
411 E. Bonneville Avenue
Suit 360
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

Dated this 4th day of October, 2018.

_____
U.S. MAGISTRATE JUDGE

4829-7846-5140.1

2