ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendants
*Sheriff Lombardo, Corrections
Officer Randall Brown, Bonnie Polley,
Corrections Officer Robert Garvey,
and Mujahid Ramadan*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

***

| | |
|---|---|
| ABDUL HOWARD, | CASE NO. 2:16-cv-1553-MMD-DJA |
| Plaintiff, | **DEFENDANTS' BONNIE POLLEY, MUJAHID RAMADAN, CORRECTIONS OFFICER RANDALL BROWN AND CORRECTIONS OFFICER ROBERT GARVEY'S REQUEST FOR EXCEPTION OF ATTENDANCE REQUIREMENT AT THE SETTLEMENT CONFERENCE SCHEDULED FOR OCTOBER 2, 2019** |
| vs. | |
| JOHN DOE, Badge #5577; PEGGY MARTINEZ, Kitchen Officer, BONNIE POLLEY; MUJAHID RAMADAN; LAS VEGAS METROPOLTIAN POLICE DEPERTMENT DETENTION SERVICES DIVISION; OFFICER GARVEY, Badge # 9250; SHERIFF LOMBARDO; KITCHEN MANAGER JOHN DOE; THE STATE OF NEVADA ex rel, all. | |
| Defendants. | |

COMES NOW, Defendants, Bonnie Polley, Mujahid Ramadan, Corrections Officer Robert Garvey and Corrections Officer Randall Brown, (hereinafter referred to as "Defendants") by and through their attorney of record, Robert W. Freeman, Esq., and hereby file this Request for Exception of Attendance Requirement at the Settlement Conference scheduled for October 2, 2019.

This matter was referred for a settlement conference by the Court. The order requires attendance of the individually named defendants, however, they respectfully request an attendance exception. The exception is based upon the following factors:

- The individual defendants do not have any authority to settle the case.

4837-2039-4917.1

- The settlement conference will be attended by a representative of the Las Vegas Metropolitan Police Department with authority to settle the case.
- The Plaintiff has no objection to the attendance exception.

Based upon the above, Defendants respectfully requests that they be excused from the Settlement Conference.

DATED this 12th day of September, 2019.

                                                LEWIS BRISBOIS BISGAARD & SMITH LLP

                                                */s/ Robert W. Freeman*
                                                Robert W. Freeman, Esq.
                                                Nevada Bar No. 3062
                                                6385 S. Rainbow Blvd, Suite 600
                                                Las Vegas, Nevada 89118
                                                Attorneys for Defendants

IT IS SO ORDERED.

Dated this 16th day of September, 2019.

                                                _____
                                                Daniel J. Albregts
                                                United States Magistrate Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of September, 2019, I electronically filed the **DEFENDANTS' BONNIE POLLEY, MUJAHID RAMADAN, CORRECTIONS OFFICER RANDALL BROWN AND CORRECTIONS OFFICER ROBERT GARVEY'S REQUEST FOR EXCEPTION OF ATTENDANCE REQUIREMENT AT THE SETTLEMENT CONFERENCE SCHEDULED FOR OCTOBER 2, 2019** with the Clerk of the Court through Case Management/Electronic Filing System.

Akke Levin, Esq.
Ryan M. Lower, Esq.
MORRIS LAW GROUP
411 E. Bonneville Avenue
Suit 360
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

/s/ Kristen Freeman
Employee of LEWIS BRISBOIS
BISGAARD & SMITH LLP

4837-2039-4917.1

3