ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendants
*Sheriff Lombardo, Corrections*
*Officer Randall Brown, Bonnie Polley,*
*Corrections Officer Robert Garvey,*
*and Mujahid Ramadan*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

***

| | |
|---|---|
| ABDUL HOWARD, | CASE NO. 2:16-cv-1553-MMD-DJA |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| JOHN DOE, Badge #5577; PEGGY MARTINEZ, Kitchen Officer, BONNIE POLLEY; MUJAHID RAMADAN; LAS VEGAS METROPOLTIAN POLICE DEPERTMENT DETENTION SERVICES DIVISION; OFFICER GARVEY, Badge # 9250; SHERIFF LOMBARDO; KITCHEN MANAGER JOHN DOE; THE STATE OF NEVADA ex rel, all. | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and their respective counsel of record, and upon the representation having been made that all claims have been settled.

IT IS FURTHER STIPULATED AND AGREED that the above-entitled

· · ·

· · ·

· · ·

· · ·

· · ·

1  action may be dismissed with prejudice, each party to bear its own costs and attorney fees.

2  DATED this 14ᵗʰ day of November, 2019.      DATED this 14ᵗʰ day November, 2019.

3  LEWIS BRISBOIS BISGAARD & SMITH        MORRIS LAW GROUP

4

5  */s/ Robert W. Freeman*
   Robert W. Freeman, Esq.                  */s/ Akke Levin*
   Nevada Bar No. 3062                      Akke Levin, Esq.
                                            Nevada Bar No. 9102
6  6385 S. Rainbow Blvd, Suite 600          411 E. Bonneville Avenue, Suite 360
   Las Vegas, Nevada 89118                  Las Vegas, Nevada 89101
7  *Attorneys for Defendants*                 *Attorney for Plaintiff*

8

9

10                            **ORDER**

           IT IS SO ORDERED.

11
           Dated this 14th day of November, 2019.

12

13

14                                    _____
                                      **UNITED STATES DISTRICT JUDGE**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4853-0368-3753.1